IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
ALBUQUERQUE DIVISION

JEREMY MITCHELL,                          )
                                          )
                    Plaintiff,            )
                                          )
v.                                        )          Case No.:
                                          )
BPL PLASMA, Inc.,                         )
                                          )
                    Defendant.            )

## NOTICE OF REMOVAL

Defendant, BPL Plasma, Inc. ("BPL" or "Defendant"), hereby removes the state court action described below to this Court based on federal question jurisdiction under 28 U.S.C. §§ 1331 & 1441.

## BACKGROUND

1.      On February 27, 2020, Plaintiff commenced a civil action denominated as *Jeremy Mitchell v. BPL PLASMA, Inc.*, Case No. D-1113-CV-2020-00133 (the "Complaint") in the Eleventh Judicial District Court for the State of New Mexico, McKinley County.

2.      BPL was served on April 23, 2020. This removal is timely because this Notice is being filed within 30 days of service on BPL. *See* 28 U.S.C. § 1446.

3.      BPL submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff, without conceding that Plaintiff has pled claims upon which relief can be granted, and without admitting that Plaintiff is entitled to any monetary or equitable relief whatsoever (or that the damages he seeks may be properly sought).

## BASIS FOR REMOVAL – FEDERAL QUESTION

4.      Plaintiff's Complaint brings claims against BPL pursuant to the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12101 *et seq.*, and Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), 42 U.S.C. § 2000e *et seq.*

5.      Pursuant to 28 U.S.C. §1331, this Court has original jurisdiction over Plaintiff's ADA and Title VII claims.

6.      Therefore, Plaintiff's ADA and Title VII claims are removable pursuant to 28 U.S.C. §1441(a).

## VENUE

7.      Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place in which the removed action has been pending.

## NOTICE

8.      BPL has provided written notice of the filing of this Notice of Removal to all parties in this action and are filing a copy of this Notice of Removal with the clerk of the state court where the action is pending pursuant to 28 U.S.C. §1446(d).

## DOCUMENTS INCLUDED IN NOTICE OF REMOVAL

9.      Pursuant to the Federal Rules of Civil Procedure, the following documents are attached to this Notice.

**Exhibit A – Index of Matters Being Filed**

**Exhibit B – Index of State Court File**

**Exhibit C – List of Counsel of Record**

WHEREFORE, PREMISES CONSIDERED, Defendant BPL prays that this Court take jurisdiction of this action and issue all necessary orders and process to remove this action from the Eleventh Judicial District Court for the State of New Mexico, McKinley County to the United States District Court for New Mexico, Albuquerque Division.

Respectfully submitted,

/s/ *Carleton Abney Davis*
Carleton Abney Davis
NM Bar No. 28128
2401 Aldrich Street, Unit #362
Austin, TX 78723
Telephone: 512-496-1423
Email: joedavis.adr@outlook.com


Kevin Koronka – Pro Hac Vice forthcoming
TX Bar No. 24047422
Leslie Basque – Pro Hac Vice forthcoming
TX Bar No. 24093771
HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701
Telephone: (512) 472-5456
E-mail: kevin.koronka@huschblackwell.com

ATTORNEYS FOR DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing Notice of Removal has been served upon the following on this the 26th day of May 2020:

      Donald G. Gilpin
      Christopher P. Machin
      GILPIN LAW FIRM, LLC
      6100 Indian School Road, NE
      Suite 115
      Albuquerque, NM 87110
      *Counsel for Plaintiff*

*/s/ Kevin Koronka*
Kevin Koronka

## **CERTIFICATE OF LOCAL COUNSEL**

I hereby certify that Kevin Koronka and Leslie Basque are members in good standing of the State Bar of Texas.

*/s/ Carleton Abney Davis*
Carleton Abney Davis

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
ALBUQUERQUE DIVISION

JEREMY MITCHELL,                     )
                                     )
              Plaintiff,             )
                                     )
v.                                   )          Case No.:
                                     )
BPL PLASMA, Inc.,                    )
                                     )
              Defendant.             )

**EXHIBIT "A"**
**INDEX OF MATTERS BEING FILED**

1.    **Notice of Removal to United States District Court**;

2.    **Exhibit "A"**:  Index of Matters Being Filed;

3.    **Exhibit "B"**:  Index of State Court's File;

4.    **Exhibit "C"**:  List of All Counsel of Record.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
ALBUQUERQUE DIVISION

| | | |
|---|---|---|
| JEREMY MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: |
| | ) | |
| BPL PLASMA, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**EXHIBIT "B"**
**INDEX OF STATE COURT'S FILE**

| B-1 | Register of Actions (Docket Sheet) | 5/26/2020 |
|---|---|---|
| B-2 | Plaintiff's Original Petition | 2/27/2020 |
| B-3 | Return Citation | 4/23/2020 |
| B-4 | Notice of Filing Notice of Removal | 5/26/2020 |

**EXHIBIT B-1**

# New Mexico Courts
## Case Lookup

E x i t

Name Search         Case Number Search         DWI Search

Case Detail

## Jeremy Mitchell v. BPL Plasma, Inc.

| CASE DETAIL | | | |
|---|---|---|---|
| **CASE NUMBER** | **CURRENT JUDGE** | **FILING DATE** | **COURT** |
| D-1113-CV-202000133 | DePauli, Louis E., Jr. | 02/27/2020 | GALLUP DISTRICT |

| PARTIES TO THIS CASE | | | |
|---|---|---|---|
| **PARTY TYPE** | **PARTY DESCRIPTION** | **PARTY #** | **PARTY NAME** |
| D | Defendant | 1 | BPL PLASMA, INC. |
| P | Plaintiff | 1 | MITCHELL JEREMY |
| | | ATTORNEY: MACHIN CHRISTOPHER P. | |
| | | ATTORNEY: GILPIN DONALD G. | |

| CIVIL COMPLAINT DETAIL | | | | |
|---|---|---|---|---|
| **COMPLAINT DATE** | **COMPLAINT SEQ #** | **COMPLAINT DESCRIPTION** | **DISPOSITION** | **DISPOSITION DATE** |
| 02/27/2020 | 1 | OPN: COMPLAINT | | |
| **COA SEQUENCE #** | **COA DESCRIPTION** | | | |
| 1 | Miscellaneous | | | |
| **PARTY NAME** | **PARTY TYPE** | **PARTY #** | | |

| REGISTER OF ACTIONS ACTIVITY | | | | | |
|---|---|---|---|---|---|
| **EVENT DATE** | **EVENT DESCRIPTION** | **EVENT RESULT** | **PARTY TYPE** | **PARTY #** | **AMOUNT** |
| 05/01/2020 | SUMMONS RETURN | | P | 1 | |
| | Return Summons - Def served 04-23-20 | | | | |
| 04/07/2020 | | | | | |
| 02/27/2020 | JURY DEMAND 6 PERSON | | P | 1 | |
| | Demand for Jury Trial | | | | |
| 02/27/2020 | OPN: COMPLAINT | | P | 1 | |
| | Complaint for Discrimination and Retaliation on the Basis of Disability and Race | | | | |

| JUDGE ASSIGNMENT HISTORY |
|---|
| |

| ASSIGNMENT DATE | JUDGE NAME | SEQUENCE # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 02/27/2020 | DePauli, Louis E., Jr. | 1 | INITIAL ASSIGNMENT |

Return    Print

---

©2007 New Mexico Courts

**EXHIBIT B-2**

FILED
11th JUDICIAL DISTRICT COURT
McKinley County
2/27/2020 2:13 PM
WELDON J. NEFF
CLERK OF THE COURT
Diane Montano

**ELEVENTH JUDICIAL DISTRICT COURT**
**COUNTY OF McKINLEY**
**STATE OF NEW MEXICO**

JEREMY MITCHELL,                    }
                                    }
    Plaintiff,              }
                                    }
vs.                                 }    No. _____
                                    }    D-1113-CV-2020-00133
BPL PLASMA Inc.,                    }
                                    }    DePauli, Louis E., Jr.
    Defendant.              }

## COMPLAINT FOR DISCRIMINATION AND RETALIATION ON THE BASIS OF DISABILITY AND RACE

Plaintiff, by and through his attorney, Gilpin Law Firm, LLC., (Donald G. Gilpin and Christopher P. Machin), alleges and states:

### JURISDICTION AND VENUE

1.    Further, this action is brought by Plaintiff to remedy discrimination in violation of Title VII.

2.    Plaintiff is a resident of McKinley County, New Mexico.

3.    Defendant, BPL Plasma, Inc., is a foreign for profit company doing business in McKinley County, New Mexico.

4.    Venue is proper because both parties reside in McKinley County.

5.    Plaintiff exhausted his administrative rights and received a Right to Sue Notice.

## ALLEGATIONS

6.      On or about June 9, 2015, Plaintiff began working for Defendant.

Plaintiff's last position was a an Medical Supervisor.

7.      Plaintiff is Native American, of the Navajo tribe.

8.      Plaintiff also has a disability. Plaintiff has chronic back pain from a car accident.

Plaintiff is limited in his daily activities of walking, standing, sleeping and

concentration.

9.      Plaintiff informed his employer of his disability upon being hired.

10.     During his tenure, Plaintiff was subjected to a hostile work environment by his

Supervisor.

11.     The hostile work environment consisted of comments about Plaintiff being slow

because of his disability and making inappropriate sexual comments.

12.     In the Spring of 2018, Plaintiff reported the hostile work environment to

Defendant's Human Resources Department several times, but no action was

taken.

13.     After reporting, Plaintiff's Supervisor began writing Plaintiff up anytime he was

late reporting to work.  Plaintiff was also written up for a social media post.

14.     On August 14, 2018, Plaintiff had a family emergency and made several call to his

Supervisor prior to his shift.  However, Plaintiff's Supervisor would not answer

his calls.  Plaintiff then called another staff member to inform them he would not

be in to work.

15.     Plaintiff was terminated for not properly notifying his Supervisor about not

reporting to work.

16.     As a result of Defendant's discriminatory practices, Plaintiff has suffered damages

in the form of lost wages, benefits, emotional distress and costs, including

attorney's fees.

## COUNT I. RACE DISCRIMINATION

17.     Plaintiff repeats and realleges each and every allegation contained in paragraphs 1

through 16 of this complaint with the same force and effect as if set forth herein.

18.     Defendant has discriminated against Plaintiff in the terms and conditions of his

employment on the basis of his race in violation of Title VII by subjecting him to a

hostile work environment and terminating him.

19.     Plaintiff is now suffering and will continue to suffer irreparable injury and

monetary damages as a result of Defendant's discriminatory practices unless and until this

Court grants relief.

## COUNT II. DISABILITY DISCRIMINATION

20.     Plaintiff repeats and realleges each and every allegation contained in paragraphs 1

through 19 of this complaint with the same force and effect as if set forth herein.

21.     Defendant has discriminated against Plaintiff in the terms and conditions of his

employment on the basis of his disability in violation of the American with Disabilities

Act by subjecting him to a hostile work environment and terminating him.

22.     Plaintiff is now suffering and will continue to suffer irreparable injury and

monetary damages as a result of Defendant's discriminatory practices unless and until this

Court grants relief.

## COUNT III. RETALIATION

23.     Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 22 of this complaint with the same force and effect as if set forth herein.

24.     Defendant has retaliated against Plaintiff in the terms and conditions of his employment for opposing discrimination in the workplace by subjecting him to a hostile work environment and terminating him.

25.     Plaintiff is now suffering and will continue to suffer irreparable injury and monetary damages as a result of Defendant's discriminatory practices unless and until this Court grants relief.

**WHEREFORE,** Plaintiff respectfully requests that this Court enter a judgment:

(A)     Awarding Plaintiff compensatory damages that would make him whole for all earnings he would have received but for Defendant's discriminatory and retaliatory conduct;

(B)     Awarding Plaintiff damages for emotional distress;

(C)     Awarding Plaintiff costs including attorney fees; and

(D)     Granting such other and further relief as this Court deems necessary and proper.

Respectfully submitted,

GILPIN LAW FIRM,  LLC.


*/s/ Donald G. Gilpin*
Donald G. Gilpin
Christopher P. Machin
6100 Indian School Road, NE
Suite 115
Albuquerque, NM  87110
(505) 244-3861
(505) 254-0044 Fax
*Attorneys for Plaintiff*

# EXHIBIT B-3



null / ALL
**Transmittal Number: 21442353**
**Date Processed: 04/24/2020**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Carol Walker<br>BPL Plasma, Inc.<br>2801 Via Fortuna<br>Ste 400<br>Austin, TX 78746-7909 |

| | |
|---|---|
| **Entity:** | BPL Plasma, Inc.<br>Entity ID Number  3376451 |
| **Entity Served:** | BPL Plasma Inc. |
| **Title of Action:** | Jeremy Mitchell vs. BPL Plasma Inc. |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Discrimination |
| **Court/Agency:** | McKinley County District Court, NM |
| **Case/Reference No:** | D-1113-CV-2020-00133 |
| **Jurisdiction Served:** | New Mexico |
| **Date Served on CSC:** | 04/23/2020 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Donald G. Gilpin<br>505-244-3861 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

| **SUMMONS** | |
|---|---|
| District Court: ELEVENTH JUDICIAL<br>McKinley County,  New Mexico<br>Court Address: 207 W. Hill Ave. 2nd Floor,<br>Room 200, Gallup, NM 87301<br>Court Telephone No.: 505-863-6816 | Case Number:<br>D-1113-CV-2020-00133<br><br>Assigned Judge: Louis E. DePauli, Jr. |
| **Plaintiff:** Jeremy Mitchell,<br>**v.**<br>**Defendant:** BPL PLASMA Inc. | Defendant: BPL PLASMA Inc.,<br>Address: c/o Corporation Service<br>Company, MC-CSC1, 726 E.<br>Michigan Dr., Ste. 101, Hobbs, NM<br>88240 |

### TO THE ABOVE NAMED DEFENDANT(S):  Take notice that

**1.**     A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

**2.**     You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

**3.**      You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.**     If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.**     You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.**     If you need an interpreter, you must ask for one in writing.

**7.**     You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Gallup, New Mexico, this _____4/7/2020_____.

WELDON J. NEFF
CLERK OF DISTRICT COURT

By: _____
     Deputy

DISTRICT COURT
COUNTY OF McKINLEY

/s/ Donald G. Gilpin
Signature of Attorney for Plaintiff
Donald G. Gilpin
Christopher P. Machin
Gilpin Law Firm, LLC
6100 Indian School Rd. NE, Ste. 115
Phone: 505-244-3861 / Fax: 505-254-0044
ggd48@aol.com
cmachin@thegilpinlawfirm.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO
RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

# RETURN[1]

STATE OF NEW MEXICO       )
                                            )ss

COUNTY OF _____         )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the _____ day of _____, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]     to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]     to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]     to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]     to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]     to _____, an agent authorized to receive service of process for defendant _____.

[ ]     to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]     to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*)

Fees:     _____

_____
Signature of person making service

_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, 2020[2].

_____
Judge, notary or other officer
authorized to administer oaths

_____
Official title

USE NOTE

      1.      Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

      2.      If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

**EXHIBIT B-4**

**STATE OF NEW MEXICO**
**COUNTY OF McKINLEY**
**ELEVENTH JUDICIAL DISTRICT COURT**

| | | |
|---|---|---|
| JEREMY MITCHELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. D-1113-CV-2020-00133 |
| | § | |
| BPL PLASMA, Inc., | § | |
| | § | |
| Defendant. | § | |

---

### NOTICE OF FILING NOTICE OF REMOVAL

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant BPL Plasma, Inc., who has filed a Notice of Removal on this

date in the office of the Clerk of the United States District Court for the District of New Mexico,

a copy of which is attached hereto as Exhibit 1.

Respectfully submitted,

/s/ *Carleton Abney Davis*
Carleton Abney Davis
NM Bar No. 28128
2401 Aldrich Street, Unit #362
Austin, TX 78723
Telephone: 512-496-1423
Email: joedavis.adr@outlook.com

ATTORNEY FOR DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing Notice of Removal has been served upon the following on this the 26th day of May 2020:

Donald G. Gilpin
Christopher P. Machin
GILPIN LAW FIRM, LLC
6100 Indian School Road, NE
Suite 115
Albuquerque, NM 87110
*Counsel for Plaintiff*

*/s/ Kevin Koronka*
Kevin Koronka

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
ALBUQUERQUE DIVISION

JEREMY MITCHELL,                      )
                                      )
                    Plaintiff,        )
                                      )
v.                                    )          Case No.:
                                      )
BPL PLASMA, Inc.,                     )
                                      )
                    Defendant.        )

## NOTICE OF REMOVAL

Defendant, BPL Plasma, Inc. ("BPL" or "Defendant"), hereby removes the state court action described below to this Court based on federal question jurisdiction under 28 U.S.C. §§ 1331 & 1441.

## BACKGROUND

1.      On February 27, 2020, Plaintiff commenced a civil action denominated as *Jeremy Mitchell v. BPL PLASMA, Inc.*, Case No. D-1113-CV-2020-00133 (the "Complaint") in the Eleventh Judicial District Court for the State of New Mexico, McKinley County.

2.      BPL was served on April 23, 2020. This removal is timely because this Notice is being filed within 30 days of service on BPL. *See* 28 U.S.C. § 1446.

3.      BPL submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff, without conceding that Plaintiff has pled claims upon which relief can be granted, and without admitting that Plaintiff is entitled to any monetary or equitable relief whatsoever (or that the damages he seeks may be properly sought).

## BASIS FOR REMOVAL – FEDERAL QUESTION

4.       Plaintiff's Complaint brings claims against BPL pursuant to the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12101 *et seq*., and Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), 42 U.S.C. § 2000e *et seq*.

5.       Pursuant to 28 U.S.C. §1331, this Court has original jurisdiction over Plaintiff's ADA and Title VII claims.

6.       Therefore, Plaintiff's ADA and Title VII claims are removable pursuant to 28 U.S.C. §1441(a).

## VENUE

7.       Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place in which the removed action has been pending.

## NOTICE

8.       BPL has provided written notice of the filing of this Notice of Removal to all parties in this action and are filing a copy of this Notice of Removal with the clerk of the state court where the action is pending pursuant to 28 U.S.C. §1446(d).

## DOCUMENTS INCLUDED IN NOTICE OF REMOVAL

9.       Pursuant to the Federal Rules of Civil Procedure, the following documents are attached to this Notice.

**Exhibit A – Index of Matters Being Filed**

**Exhibit B – Index of State Court File**

**Exhibit C – List of Counsel of Record**

WHEREFORE, PREMISES CONSIDERED, Defendant BPL prays that this Court take jurisdiction of this action and issue all necessary orders and process to remove this action from the Eleventh Judicial District Court for the State of New Mexico, McKinley County to the United States District Court for New Mexico, Albuquerque Division.

Respectfully submitted,

/s/ *Carleton Abney Davis*
Carleton Abney Davis
NM Bar No. 28128
2401 Aldrich Street, Unit #362
Austin, TX 78723
Telephone: 512-496-1423
Email: joedavis.adr@outlook.com


Kevin Koronka – Pro Hac Vice forthcoming
TX Bar No. 24047422
Leslie Basque – Pro Hac Vice forthcoming
TX Bar No. 24093771
HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701
Telephone: (512) 472-5456
E-mail: kevin.koronka@huschblackwell.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Removal has been served upon the following on this the 26th day of May 2020:

> Donald G. Gilpin
> Christopher P. Machin
> GILPIN LAW FIRM, LLC
> 6100 Indian School Road, NE
> Suite 115
> Albuquerque, NM 87110
> *Counsel for Plaintiff*

> */s/ Kevin Koronka*
> Kevin Koronka

## CERTIFICATE OF LOCAL COUNSEL

I hereby certify that Kevin Koronka and Leslie Basque are members in good standing of the State Bar of Texas.

> */s/ Carleton Abney Davis*
> Carleton Abney Davis

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
ALBUQUERQUE DIVISION

| | | |
|---|---|---|
| JEREMY MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: |
| | ) | |
| BPL PLASMA, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**EXHIBIT "A"**
**INDEX OF MATTERS BEING FILED**

1.   **Notice of Removal to United States District Court**;

2.   **Exhibit "A"**:  Index of Matters Being Filed;

3.   **Exhibit "B"**:  Index of State Court's File;

4.   **Exhibit "C"**:  List of All Counsel of Record.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
ALBUQUERQUE DIVISION

JEREMY MITCHELL,                          )
                                          )
              Plaintiff,                   )
                                          )
v.                                        )          Case No.:
                                          )
BPL PLASMA, Inc.,                         )
                                          )
              Defendant.                   )

**EXHIBIT "B"**
**INDEX OF STATE COURT'S FILE**

| B-1 | Register of Actions (Docket Sheet) | 5/26/2020 |
|-----|-----|-----|
| B-2 | Plaintiff's Original Petition | 2/27/2020 |
| B-3 | Return Citation | 4/23/2020 |
| B-4 | Notice of Filing Notice of Removal | 5/26/2020 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
ALBUQUERQUE DIVISION

| | | |
|---|---|---|
| JEREMY MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: |
| | ) | |
| BPL PLASMA, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**EXHIBIT "C"**
**LIST OF COUNSEL OF RECORD**

**Attorneys for Plaintiff**

> Donald G. Gilpin
> Christopher P. Machin
> GILPIN LAW FIRM, LLC
> 6100 Indian School Road, NE
> Suite 115
> Albuquerque, NM 87110
> (505) 244-3861
> (505) 254-0044 Fax

**Attorney for Defendant**

> Kevin Koronka
> State Bar No. 24047422
> Kevin.koronka@huschblackwell.com
> Husch Blackwell, L.L.P.
> 111 Congress Avenue, Suite 1400
> Austin, Texas 78701
> (512) 472-5456

> Carleton Abney Davis
> N.M. Bar No. 28128
> 2401 Aldrich Street, Unit #362
> Austin, TX 78723
> Telephone: 512-496-1423
> Email: joedavis.adr@outlook.com